An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERMOT D. GIVENS, INDIVIDUALLY,
Appellant,
vs.
E. BRENT BRYSON, INDIVIDUALLY;
E. BRENT BRYSON, LTD., A NEVADA
PROFESSIONAL CORPORATION;
ARTHUR L. WILLIAMS, JR.,
INDIVIDUALLY; AND LAW OFFICES
OF ARTHUR L. WILLIAMS, JR.,
Respondents.

No. 61827

FILED

OCT 2 1 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting declaratory relief in an attorney fees matter. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

On June 24, 2013, this court granted appellant an extension of time to file the opening brief and appendix, based on his assertion that a timely filed tolling motion remained pending below, rendering this appeal premature. In the June 24 order, we gave appellant 30 days to submit to this court a copy of any order resolving the tolling motion or to otherwise show cause why this appeal should not be dismissed for lack of jurisdiction, and to file the opening brief and appendix. Appellant has filed a response, asserting that the district court has not yet filed an order

SUPREME COURT
OF
NEVADA

(O) 1947A

13-31595

resolving the tolling motion and that this appeal, therefore, may be dismissed as premature. He did not file the opening brief. Consequently, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Gloria Sturman, District Judge
William F. Buchanan, Settlement Judge
Sterling Law, LLC
Law Offices of Arthur L. Williams, Jr.
Ales & Bryson
Eighth District Court Clerk